# EXHIBIT 3

# Contact Us

Worldwide sales and support phone assistance

## Worldwide

Select a Country or region

### United States and Canada

800-227-9770

Phone Tree Navigation Assistance

## E-Mail Assistance

Please select the appropriate category below. Complete the form, and submit.

Product Information

Support Related Inquiries

Online Ordering Assistance

Sales Information

Request a Quote

Request a Demo (For iLab Operations Software and Cartagenia Software Only)

Web Site Support and Feedback

General Suggestions and Feedback

Schedule Online Service Call

## Agilent Technologies, Inc. Headquarters

**Address:**
5301 Stevens Creek Blvd
Santa Clara, CA 95051
United States

## Career Opportunities

Search/Apply for Jobs

Questions/Assistance

Staffing/Search Firm Vendor Inquiries

## Related Information

Return Policy