# EXHIBIT 4



CONFIDENTIAL

24 June 2021

Scott Bizily
General Counsel
Synthego Corporation
3565 Haven Avenue, Suite #1
Menlo Park, California 94025 USA

SENT VIA EMAIL TO: Bizily, Scott <scott.bizily@synthego.com>

Re: Agilent Licensing Opportunities for Synthego re Modified CRISPR gRNAs

Dear Scott,

I hope that this finds you and your colleagues at Synthego doing well and staying healthy as the covid pandemic recedes, but am writing you today on behalf of Agilent to make you aware of certain licensing opportunities that Synthego may have with Agilent.

As you may know, Agilent is the owner of a significant portfolio of patents relating to modified CRISPR gRNAs (the "Patented Technology") which current list, so-labeled, is attached for your reference and review. Due to the broad adoption and use of this Patented Technology, Agilent, of course, has established a license program for those entities interested in using or continuing to use the Patented Technology.

It has come to our attention that Synthego may be interested in offering products or services for sale that benefit from or may benefit from this Patented Technology. In particular, your products, such as CRISPREVOLUTION Synthetic sgRNA which include modified gRNAs, and/or any of your services the performance of which use modified gRNAs or which result in the transfer of modified gRNAs to a customer, of course, would benefit from such a license.

Agilent would like to make Synthego more fully aware of the existence and extent of these patents and the technology they cover. Scientific reports have demonstrated the many benefits of the Patented Technology in various CRISPR-mediated genetic manipulations.

Thank you for your consideration of this opportunity and, in advance, for a reply to me and Dick Evans, our IP Counsel in this regard by 03 July 2021 as we look forward to having a very productive discussion regarding these licensing opportunities at that time or at another time arranged to occur shortly thereafter.

Meanwhile, of course, we wish you and your colleagues the best of health and safety in these trying times.

Sincerely,



Thomas Redder, Associate Vice President II
Global Strategic Business Development and Licensing Transactions
Agilent Technologies, Inc.
5301 Stevens Creek Boulevard
Santa Clara, California 95051 USA
telephone: +1.408.553.7090
email: thomas_redder@agilent.com

cc:  Dick Evans

Attachment:  Agilent Patented Technology Available for License re Modified CRISPR gRNA



**Agilent Patented Technology Available for License re Modified CRISPR gRNAs**

| Title | Country | Status | Pat/App Number | Grant Date |
|---|---|---|---|---|
| Guide RNA with Chemical Modifications | US | Issued | 10900034 | Jan 26, 2021 |
| Guide RNA with Chemical Modifications | AU | Pending | 2015355546 | |
| Guide RNA with Chemical Modifications | CA | Pending | 2,969,619 | |
| Guide RNA with Chemical Modifications | CN | Issued | ZL201580075275.4 | Apr 16, 2021 |
| Guide RNA with Chemical Modifications | EP | Pending | 15866342.7 | |
| Guide RNA with Chemical Modifications | JP | Pending | 2017-529610 | |
| Guide RNA with Chemical Modifications | KR | Pending | 10-2017-7018311 | |
| Guide RNA with Chemical Modifications | US | Issued | 10337001 | Jul 2, 2019 |
| Guide RNA with Chemical Modifications | US | Pending | 17/103,678 | |
| | | | | |
| High Specificity Genome Editing Using Chemically Modified Guide RNAs | US | Issued | 10767175 | Sep 8, 2020 |
| High Specificity Genome Editing Using Chemically Modified Guide RNAs | US | Pending | 62/562,979 | |
| High Specificity Genome Editing Using Chemically Modified Guide RNAs | AU | Pending | 2017277918 | |
| High Specificity Genome Editing Using Chemically Modified Guide RNAs | CA | Pending | 3,026,372 | |
| High Specificity Genome Editing Using Chemically Modified Guide RNAs | CN | Pending | 201780049055.3 | |
| High Specificity Genome Editing Using Chemically Modified Guide RNAs | EP | Pending | 17811048.2 | |
| High Specificity Genome Editing Using Chemically Modified Guide RNAs | JP | Pending | 2018-564259 | |



| Title | Country | Status | Pat/App Number | Grant Date |
|---|---|---|---|---|
| High Specificity Genome Editing Using Chemically Modified Guide RNAs | KR | Pending | 2019-7000571 | |
| High Specificity Genome Editing Using Chemically Modified Guide RNAs | US | Pending | 16/929,948 | |
| | | | | |
| Chemically Modified Guide RNAs for CRISPR/CAS-Mediated Gene Regulation | AU | Pending | 2016246450 | |
| Chemically Modified Guide RNAs for CRISPR/CAS-Mediated Gene Regulation | CA | Pending | 2,981,715 | |
| Chemically Modified Guide RNAs for CRISPR/CAS-Mediated Gene Regulation | CN | Pending | 201680032647.X | |
| Chemically Modified Guide RNAs for CRISPR/CAS-Mediated Gene Regulation | EP | Pending | 16720220.9 | |
| Chemically Modified Guide RNAs for CRISPR/CAS-Mediated Gene Regulation | JP | Pending | 2017-552447 | |
| Chemically Modified Guide RNAs for CRISPR/CAS-Mediated Gene Regulation | KR | Pending | 2017-7031965 | |
| Chemically Modified Guide RNAs for CRISPR/CAS-Mediated Gene Regulation | US | Pending | 15/724,073 | |