# EXHIBIT 5

| | |
|---|---|
| **From:** | thomas_redder@agilent.com |
| **Sent:** | Tuesday, August 10, 2021 7:28 AM |
| **To:** | Scott Bizily; Jason Steiner |
| **Cc:** | dick_evans@agilent.com |
| **Subject:** | FW: 20210722 (EDITABLE) CONFIDENTIAL Agilent-Synthego Term Sheet for License to Modified CRISPR gRNAs IP Portfolio (FOR DISCUSSION PURPOSES ONLY) |
| **Attachments:** | 20210722 (EDITABLE) CONFIDENTIAL Agilent-Synthego Term Sheet for License to Modified CRISPR gRNAs IP Portfolio (FOR DISCUSSION PURPOSES ONLY) |
| **Importance:** | High |

Hi, Scott and Jason –

We hope you're well and, notwithstanding record-breaking heat, forest fires, and pandemics, finding some time to enjoy the summer with family and friends, eh !!

In any event, as I cannot find in my inbox any substantive response, counter, or redline to the term sheet we proffered to you nearly three weeks ago, please be advised that our internal processes and timelines are such that if I do not receive an acceptance of terms or good faith redline/counter by Fri the 13th (which specifically ominous date, I assure you, was coincidental) our internal term sheet process will likely be escalated to other more formal legalistic processes for managing our out-licensing programs and opportunities.

Please let me know asap how you would like to proceed and in the meantime, as always, if you have any additional comments, questions, or concerns – before, during, or after sending us a substantive response to our offer -- please do not hesitate to contact me directly at any time.

Tom

THOMAS REDDER, Associate Vice President II
Global Strategic Business Development
and Licensing Transactions

email thomas_redder@agilent.com
direct telephone +1 (970) 227-9625

AGILENT TECHNOLOGIES, INC | The Agilent CrossLab Group