# EXHIBIT 7

| | |
|---|---|
| **From:** | thomas_redder@agilent.com |
| **Sent:** | Tuesday, August 31, 2021 6:35 PM |
| **To:** | Jason Steiner |
| **Cc:** | Avi Raval; Scott Bizily; dick_evans@agilent.com; kirk.pastorian@agilent.com; allison.ballmer@agilent.com |
| **Subject:** | RE: 20210722 (EDITABLE) CONFIDENTIAL Agilent-Synthego Term Sheet for License to Modified CRISPR gRNAs IP Portfolio (FOR DISCUSSION PURPOSES ONLY) |
| **Attachments:** | FW: 20210722 (EDITABLE) CONFIDENTIAL Agilent-Synthego Term Sheet for License to Modified CRISPR gRNAs IP Portfolio (FOR DISCUSSION PURPOSES ONLY) |
| **Importance:** | High |

Hi, Jason –

Thank you for your response, although it is not the "substantive response, counter, or redline" to our term sheet that Scott told us to expect by today in his message, further below.

Avi, of course, is welcome to the conversation, subject to the terms of our CDA, and is free to contact Allison, copied above, also subject to our CDA, prior to Synthego providing Dick and me a substantive response to the attached thread and term sheet, but at some point soon – i.e., we had thought by today – Agilent will need Synthego to express in binary terms its interest in our invitation to license the referenced portfolio.

Please let Dick and me know by when we can now expect a "substantive response, counter, or redline" to our term sheet, and meanwhile, continue to stay safe and healthy during these decidedly challenging times.

Tom

THOMAS REDDER, Associate Vice President II
Global Strategic Business Development
and Licensing Transactions

email thomas_redder@agilent.com
direct telephone +1 (970) 227-9625

AGILENT TECHNOLOGIES, INC | The Agilent CrossLab Group

---

**From:** Jason Steiner <jason.steiner@synthego.com>
**Sent:** Tuesday, August 31, 2021 4:45 PM
**To:** REDDER,THOMAS (Agilent USA) <thomas_redder@agilent.com>
**Cc:** Avi Raval <avi.raval@synthego.com>
**Subject:** Re: 20210722 (EDITABLE) CONFIDENTIAL Agilent-Synthego Term Sheet for License to Modified CRISPR gRNAs IP Portfolio (FOR DISCUSSION PURPOSES ONLY)

Hi Tom,

We appreciate your patience over the past few weeks.  We've had some opportunity to discuss internally and have some thoughts that we'd be interested in discussing with you and the broader Agilent team.  I wanted to take this opportunity to introduce a new addition to the Synthego team, Avi Raval, who has recently joined us as our Chief Business and Financial Officer and will be a key part of this discussion.  He is working on scheduling a call with Allison Ballmer in the near future and would like to propose that we follow up shortly

afterwards to discuss by phone.  The timing is still a bit in flux, but shortly after Labor Day is likely.  If this can work on your end, we continue to be interested in a productive discussion.

Best Regards,
Jason

**Jason Steiner, PhD**
Chief Strategy Officer
Synthego | 888-611-6883 x 706
Genome Engineering Solutions

On Tue, Aug 17, 2021 at 9:28 AM thomas_redder@agilent.com <thomas_redder@agilent.com> wrote:

Hi, Scott –

Thanks for your timely, albeit disappointing, response.

Nonetheless, we do understand your constraints and remain eager to receive a substantive response and/or counter-offer to our term sheet sometime before the 31st.

'Til then, of course, please stay out of the haze from the forest fires still plaguing the west -- if you can !!

Tom

THOMAS REDDER, Associate Vice President II

Global Strategic Business Development

and Licensing Transactions

email thomas_redder@agilent.com

direct telephone +1 (970) 227-9625

AGILENT TECHNOLOGIES, INC | The Agilent CrossLab Group

2

**From:** Scott Bizily <scott.bizily@synthego.com>
**Sent:** Thursday, August 12, 2021 7:57 PM
**To:** REDDER,THOMAS (Agilent USA) <thomas_redder@agilent.com>; Jason Steiner <jason.steiner@synthego.com>
**Cc:** EVANS,DICK (Agilent USA) <dick_evans@agilent.com>
**Subject:** RE: 20210722 (EDITABLE) CONFIDENTIAL Agilent-Synthego Term Sheet for License to Modified CRISPR gRNAs IP Portfolio (FOR DISCUSSION PURPOSES ONLY)

> External Sender - Use caution opening files, clicking links, or responding to requests.

Hi Tom, Dick,

Thanks for reaching out again. During our last call, we didn't talk about a specific timeline, so it's good to suggest some guidelines. As you'll understand, we're a small company and not as well-resourced as Agilent, so it takes us a little longer to do our diligence, not to mention that some of our key decision-makers have been out on summer vacations. We're still in the process of evaluating the listed patent families and their relevance to Synthego's products and services, as well as evaluating the proposed licensing terms against market comps for like technology. Furthermore, we're trying to think more broadly about the Agilent-Synthego relationship, for which we need input from key internal stakeholders. I do, however, expect to provide a "substantive response, counter, or redline" by August 31st, and we appreciate your patience. The bottom line is that we want to make the best use of your time with a well-considered proposal.

We look forward to continued productive discussion.

Best regards,

**Scott Bizily, Ph.D.**

General Counsel

Synthego | 650-787-2854

Genome Engineering Solutions

**From:** thomas_redder@agilent.com <thomas_redder@agilent.com>
**Sent:** Tuesday, August 10, 2021 7:28 AM
**To:** Scott Bizily <scott.bizily@synthego.com>; Jason Steiner <jason.steiner@synthego.com>
**Cc:** dick_evans@agilent.com
**Subject:** FW: 20210722 (EDITABLE) CONFIDENTIAL Agilent-Synthego Term Sheet for License to Modified CRISPR gRNAs IP Portfolio (FOR DISCUSSION PURPOSES ONLY)
**Importance:** High

Hi, Scott and Jason –

We hope you're well and, notwithstanding record-breaking heat, forest fires, and pandemics, finding some time to enjoy the summer with family and friends, eh !!

In any event, as I cannot find in my inbox any substantive response, counter, or redline to the term sheet we proffered to you nearly three weeks ago, please be advised that our internal processes and timelines are such that if I do not receive an acceptance of terms or good faith redline/counter by Fri the 13th (which specifically ominous date, I assure you, was coincidental) our internal term sheet process will likely be escalated to other more formal legalistic processes for managing our out-licensing programs and opportunities.

Please let me know asap how you would like to proceed and in the meantime, as always, if you have any additional comments, questions, or concerns – before, during, or after sending us a substantive response to our offer -- please do not hesitate to contact me directly at any time.

Tom

THOMAS REDDER, Associate Vice President II

Global Strategic Business Development

and Licensing Transactions

email thomas_redder@agilent.com

direct telephone +1 (970) 227-9625

AGILENT TECHNOLOGIES, INC | The Agilent CrossLab Group

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.