# EXHIBIT 8

| | |
|---|---|
| **From:** | thomas_redder@agilent.com |
| **Sent:** | Tuesday, October 5, 2021 5:39 AM |
| **To:** | Avi Raval |
| **Cc:** | Jason Steiner; Paul Dabrowski; dick_evans@agilent.com; kirk.pastorian@agilent.com; allison.ballmer@agilent.com |
| **Subject:** | RE: 20210722 (EDITABLE) CONFIDENTIAL Agilent-Synthego Term Sheet for License to Modified CRISPR gRNAs IP Portfolio (FOR DISCUSSION PURPOSES ONLY) |
| **Attachments:** | 20210624 Agilent Letter to Synthego re Licensing Opportunities for Modified CRISPR gRNAs.pdf; 20210722 (EDITABLE) CONFIDENTIAL Agilent-Synthego Term Sheet for License to Modified CRISPR gRNAs IP Portfolio (FOR DISCUSSION PURPOSES ONLY).docx |
| **Importance:** | High |

**Hi, Avi –**

I hope all is well with you and yours, although it has now been a full week since we last spoke on the phone and you informed me that your General Counsel, Scott Bizily, had left the company, and that you were still hoping to connect with Allison and team to discuss some 'business development' opportunities with Agilent – the latter of which, I reiterated to you, must be 'walled-off' from discussing the attached licensing invitation and proposed term sheet.

Notwithstanding your recent joining of the Synthego team, as well as the fact of Scott's recent departure, all in the midst of Paul's paternity leave, our patience waiting for a simple 'yes' or 'no' to our invitation to license of June 24th and/or a simple redline of our proposed term sheet of July 22nd has completely run out.

***Consequently, if Dick and I have not received a substantive response from Synthego to the attached proposed term sheet by the 'end-of-day' on Wed the 6th of Oct, Agilent will conclude that Synthego is not interested in licensing this portfolio for any of its past, present, or future products or services, and that Agilent may then undertake other actions available to Agilent.***

Thanks, in advance, for your continued consideration of our outstanding invitation to license as outlined in the proposed term sheet.

Sincerely,

**Tom**

THOMAS REDDER, Associate Vice President II
Global Strategic Business Development
and Licensing Transactions

email thomas_redder@agilent.com
direct telephone +1 (970) 227-9625

AGILENT TECHNOLOGIES, INC | The Agilent CrossLab Group