UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNTHEGO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.  21-cv-07801-EJD (SVK)<br><br>**ORDER DIRECTING PARTIES TO SEEK RELIEF FROM STAY**<br><br>Re: Dkt. Nos. 107, 112, 113, 116 |

The Parties appeared before the undersigned on November 15, 2022, for a hearing regarding the cross-discovery motions that have been filed regarding the use of discovery obtained during this litigation in the related *inter partes* review proceedings pending before the United States Patent and Trademark Office's Patent Trial and Appeal Board.  Dkts. 112, 113, 116.  Upon further reflection, in light of the Court's prior order staying this case [Dkt. 107], the Parties are directed to seek relief from the stay before the Court rules on the pending discovery disputes.  The undersigned has conferred with the Honorable Judge Davila and sets the following briefing schedule:

- No later than **November 30, 2022**, Synthego and Agilent shall file simultaneous letter briefs regarding relief from the stay.  The letter briefs shall not exceed ten pages, double-spaced in size 12 font.

- The Court shall set the matter for hearing as needed.

**SO ORDERED.**

Dated: November 16, 2022

SUSAN VAN KEULEN
United States Magistrate Judge