UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNTHEGO CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 5:21-cv-07801 EJD (SVK)<br><br>**ORDER OF REFERENCE**<br><br>Re: ECF Nos. 132, 134 |

　　　　Pursuant to Federal Rule of Civil Procedure 72 and Civil Local Rule 72-1, it is HEREBY ORDERED that, because the resolution of ECF Nos. 132 and 134 Requests for Relief from Stay depends on the resolution of a discovery dispute between the Parties and were filed pursuant to the Order at ECF No. 126, the Court REFERS the relief requests to Magistrate Judge Susan van Keulen.

　　　　**IT IS SO ORDERED.**

Dated: December 8, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge