EDWARD R. REINES (SBN 135960)
ereines@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   +1.650.739.3939
Facsimile:   +1.650.739.3900

DEREK C. WALTER
dwalter@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   +1.415.626.3939
Facsimile:   +1.415.875.5700

Attorneys for Defendant/Counter-Defendant
SYNTHEGO CORPORATION

Denise M. De Mory (SBN 168076)
Richard Lin (SBN 209233)
Aaron Hand (SBN 245755)
Brenda Entzminger (SBN 226760)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
ddemory@bdiplaw.com
rlin@bdiplaw.com
ahand@bdiplaw.com
bentzminger@bdiplaw.com

Attorneys for Defendant/Counter-Claimant
AGILENT TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SYNTHEGO CORPORATION,<br><br>    Plaintiff/Counter-Defendant,<br><br>  v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>    Defendant/Counter-Plaintiff. | Case No. 5:21-cv-07801-EJD<br><br>**JOINT STATUS REPORT**<br><br>Judge:   Hon. Edward J. Davila |

Pursuant to the Court's April 3, 2025 order, Plaintiff/Counter-Defendant Synthego Corporation ("Synthego") and Defendant/Counter-Claimant Agilent Technologies, Inc. ("Agilent"), the parties to the above-entitled action, jointly submit this Joint Status Report.

On July 12, 2022, this Court stayed this action pending *inter partes* review ("IPR") of the two patents-in-suit. *See* Dkt. No. 107. Roughly one year later, on May 17, 2023, the Patent Trial and Appeal Board issued final written decisions in the IPRs finding that all claims of both asserted patents were unpatentable. *See Synthego Corp. v. Agilent Techs. Co.*, IPR2022-00402, Paper No. 49 (PTAB May 17, 2023); *Synthego Corp. v. Agilent Techs. Co.*, IPR2022-00403, Paper No. 49 (PTAB May 17, 2023). Agilent appealed both decisions to the U.S. Court of Appeals for the Federal Circuit. Following submission of briefing, the Federal Circuit held oral argument on the appeals on March 7, 2025. The Federal Circuit has not yet issued its opinion on the appeals, and this case remains stayed.

The parties propose to notify the Court within 14 days after the Federal Circuit issues its opinion on the appeals and advise the Court as to their respective positions as to what action the Court should take, if any. Because the Federal Circuit has not issued its opinion on the appeals, the parties believe that the currently-scheduled May 22, 2025 status conference is premature and respectfully request that it be vacated.

Dated: May 1, 2025

Respectfully submitted,

JONES DAY

By: */s/ Derek C. Walter*
Derek C. Walter
*Attorney for Synthego Corporation*

Dated: May 1, 2025

BUNSOW DE MORY LLP

By: */s/ Denise De Mory*
Denise De Mory
*Attorney for Agilent Technologies, Inc.*

# CERTIFICATION

I, Derek C. Walter, am the ECF User whose identification and password are being used to file this Joint Status Report.

Dated: May 1, 2025

Respectfully submitted,

By: */s/ Derek C. Walter*
Derek C. Walter
*Attorney for Synthego Corporation*