UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHEGO CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No.   21-cv-07801-EJD<br><br>**ORDER VACATING STATUS CONFERENCE AND DIRECTING PARTIES TO FILE JOINT STATUS REPORT**<br><br>Re: ECF No. 144 |

The Court is in receipt of the parties' joint status report. ECF No. 144. Though the PTAB issued final written decisions in the IPRs of the patents-in-suit, those decisions are still on appeal to the Federal Circuit. Accordingly, this case shall remain stayed. The Court ORDERS the parties to file a joint statement within 14 days of the Federal Circuit issuing its opinion. The joint statement should set forth the parties' respective positions as to what actions the Court should take, if any, as well as what motions they anticipate filing if the stay is lifted. The status conference currently scheduled for May 22, 2025 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 21-cv-07801-EJD
ORDER RE STATUS CONFERENCE AND JOINT STATUS REPORT
1